# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2370.  AVERY TUCKER v. THE STATE.**

On April 30, 2012, Avery Tucker was found guilty of certain traffic offenses in state court, and he has filed two notices of appeal.[1]  The first notice of appeal was docketed as Case Number A12A2369, and the second notice of appeal was docketed as Case Number A12A2370.  As both cases pertain to the same lower court case number, it appears the appeal in A12A2370 is duplicative of the appeal in A12A2369.  Accordingly, this duplicative appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/30/2012
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.


, *Clerk.*

---

[1] Neither notice of appeal contains the "concise statement of the judgment" Tucker wishes to appeal.  See OCGA § 5-6-37.  Nonetheless, it appears from the language employed that Tucker seeks to appeal the same underlying judgment of conviction.